UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE GUISEPPE VIOLA,<br><br>　　　　　Debtor. | Case No: C 11-0817 SBA<br><br>[Bankruptcy Case No: 10-30904 DM]<br><br>**SCHEDULING ORDER ON DEBTOR'S MOTION FOR WITHDRAWAL OF REFERENCE** |

　　　　On February 22, 2011, debtor Guiseppe Viola ("Viola") filed a pro se motion for withdrawal of reference in the above-captioned bankruptcy proceeding.  Pursuant to Bankruptcy Local Rule 5011-2(a), his motion to withdraw reference has been transmitted to this Court.

　　　　On March 3, 2011, Viola filed a motion to set a March 16, 2011 hearing date on his motion for withdrawal of reference.  Dkt. 7.  Viola, a California state prisoner currently incarcerated in Maricopa County, Arizona, also filed a petition for writ of habeas corpus ad prosequendum, requesting that he be released from prison in order to appear in court at his requested March 16, 2011 hearing date.  Dkt. 6.  To date, no opposition to the motion for withdrawal of reference has been received.  Bankruptcy Local Rule 5011-(2)(d) sets forth the procedure for motions for withdrawal of reference and provides:

> Unless the assigned District Judge orders otherwise: within 14 days after receiving notice of the assignment to a District Judge under subsection (c) of this rule, any party objecting to withdrawal of the reference shall file in the District Court its opposition brief of not more than ten pages; 14 days thereafter, any party supporting withdrawal of the reference may file a reply brief of not more than ten pages; no hearing will be held unless the assigned District Judge orders otherwise.

1 | Therefore, pursuant to Rule 5011-(2)(d),

IT IS HEREBY ORDERED THAT:

1. Any party objecting to Viola's motion for withdrawal of reference shall file an opposition brief, not to exceed ten (10) pages, by no later than March 23, 2011.

2. Any reply brief, not to exceed ten (10) pages, shall be filed by no later than April 6, 2011.

3. Viola's motion for a March 16, 2011 hearing date is DENIED, the March 16, 2011 motion hearing is VACATED, and Viola's petition for writ of habeas corpus ad prosequendum is DENIED as MOOT; this matter will be deemed submitted for disposition without a hearing upon the deadline for the filing of a reply.

4. This order terminates Docket No. 7.

IT IS SO ORDERED.

Dated: March 9, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

In Re Giuseppe Viola

_____/

Case Number: CV11-00817 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 10, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Office of the U.S. Trustee / SF
Office of the U.S. Trustee
235 Pine St.
Suite 700
San Francisco, CA 94104

United States Bankruptcy Court Northern District of California
USBC-San Francisco
for the Northern Dist. of CA
235 Pine St
P.O. Box 7341
San Francisco, CA 94104

Dennis Montali
US Bankruptcy Court
Northern District of California
P.O. Box 7341
235 Pine Street
San Francisco, CA 94120-7341

Giuseppe Viola P-657963
Maricopa County Jail
The Fourth Avenue Jail
201 S. 4th Avenue
Phoenix, AZ 85003

n/a

1

2  Dated: March 10, 2011

3                                                               Richard W. Wieking, Clerk
                                                                        By: LISA R CLARK, Deputy Clerk

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28